# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>    Plaintiff,<br><br>v.<br><br>CLOUD 9 INN LAX, et al.,<br><br>    Defendants. | Case No. ED CV 18-2447 FMO (SPx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Application for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiff James Rutherford and against defendants Cloud 9 Inn Lax and Ramkrishna of Calif., Inc., jointly and severally, in the total amount of $4,000.

2. Defendants Cloud 9 Inn Lax and Ramkrishna of Calif., Inc., shall, jointly and severally, pay plaintiff attorney's fees and costs in the amount of $4,647.

3. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 12th day of August, 2019.

                                                              /s/
                                            Fernando M. Olguin
                                      United States District Judge